IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL L. ESPINOSA,

      Plaintiff,

  v.

KARL RUDOLPH, ET AL.,

      Defendants.
_____/

No.  CIV-S-04-0203 MCE/GGH PS

ORDER

On July 11, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff filed objections on July 25, 2005, defendants filed a reply to plaintiff's objections on July 27, 2005, and they were considered by the district judge.

This court reviews de novo those portions of the proposed findings of fact to which objection has been made.

///

1

28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.  <u>See</u> <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.  Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed July 11, 2005, are ADOPTED; and

2. Plaintiff's case is dismissed for failure to comply with court orders.

DATED: August 18, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE