UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES M. ESPINOSA, ET AL., | No. 2:00-cv-2010-MCE-GGH-PS |
| Plaintiffs, | |
| v. | **RELATED CASE ORDER** |
| MONEY STORE, INC., ET AL., | |
| Defendants. | |
| _____/ | |
| DARREL L. ESPINOSA, | No. 2:02-cv-0800-MCE-GGH-PS |
| Plaintiff, | |
| v. | |
| BANK OF NEW YORK, ET AL., | |
| Defendants. | |
| _____/ | |
| DARREL L. ESPINOSA, | No. 2:04-cv-0203-MCE-GGH-PS |
| Plaintiff, | |
| v. | |
| KARL RUDOLPH, ET AL., | |
| Defendants. | |
| _____/ | |

1

1  O. PAUL SCHLENVOGT, ET AL.,           No. 2:06-cv-1192-MCE-KJM-PS
2            Plaintiffs,
3       v.
4  SCOTT MARSHALL, ET AL,
5            Defendants.
                                    /
6  _____

7       Examination of the above-entitled civil actions reveals that
8  these actions are related within the meaning of Local Rule 83-
9  123(a) (E.D. Cal. 1997).  The actions involve many of the same
10 Defendants and are based on the same or similar claims, the same
11 property transaction or event, similar questions of fact and the
12 same questions of law, and would therefore entail a substantial
13 duplication of labor if heard by different judges.  Accordingly,
14 the assignment of the matters to the same judge is likely to
15 effect a substantial savings of judicial effort and is also
16 likely to be convenient for the parties.
17      The parties should be aware that relating the cases under
18 Local Rule 83-123 merely has the result that all actions are
19 assigned to the same judge; no consolidation of the action is
20 effected.  Under the regular practice of this Court, related
21 cases are generally assigned to the district judge and magistrate
22 judge to whom the first filed action was assigned.
23      A Related Case Order was issued April 9, 2004 relating
24 actions denominated 2:00-cv-2010-MCE-GGH-PS, <u>Frances M. Espinosa,</u>
25 <u>et al. v. Money Stores, Inc., et al.</u>; 2:02-cv-0800-MCE-GGH-PS,
26 <u>Darrel L. Espinosa v. Bank of New York, et al.</u>; and 2:04-cv-0203-
27 MCE-GGH-PS, <u>Darrel L. Espinosa v. Karl Rudolph, et al.</u>
28 ///

1  IT IS THEREFORE ORDERED that case 2:06-cv-1192-MCE-KJM-PS,
2  O. Paul Schlenvogt, et al. v. Scott Marshall, et al. is hereby
3  reassigned to Judge Morrison C. England, Jr. and Gregory G.
4  Hollows for all further proceedings, and any dates currently set
5  in this reassigned case only are hereby VACATED.  Henceforth, the
6  caption on documents filed in the reassigned case shall be shown
7  as 2:06-cv-1192-MCE-GGH-PS.
8  IT IS FURTHER ORDERED that the Clerk of the Court make
9  appropriate adjustment in the assignment of civil cases to
10 compensate for this reassignment.
11 IT IS SO ORDERED.
12 DATED: June 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE